FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2018 MAY -3 PM 3:17

SRI GANESH, LLC,
a Florida limited liability company,

    Plaintiff,

CASE NO.: 6:18-cv-686-ORL-41-TBS

vs.

ARCH SPECIALITY INSURANCE COMPANY,
A surplus lines insurance company,

    Defendant
_____/

## COMPLAINT

The Plaintiff, SRI GANESH, LLC, by and through its undersigned attorneys, sues Defendant, ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance corporation, and says:

1. This is an action for damages which exceed the sum of $75,000.00, exclusive of interest, costs and attorneys' fees.

2. At all times material hereto, Plaintiff was a Florida limited liability company and was the owner of a hotel known as Holiday Inn Express Cocoa Beach, and located at 5575 North Atlantic Avenue in Cocoa Beach, Brevard County, Florida.

3.  At all times material hereto, Defendant was a foreign surplus lines insurance corporation with its principal office located in Kansas City, Missouri, and was authorized by the Florida Office of Insurance Regulation to engage in and was engaging in the insurance business in the state of Florida.

4.  Accordingly, this Court has jurisdiction of this matter pursuant to 28 USC §1441, in that the parties are of diverse citizenship and the amount in controversy is greater than $75,000.00.

5.  At all times material hereto, Defendant insured Plaintiff's building identified above under a policy of insurance, policy number ESP 0054645-04. A copy of the policy is attached hereto as Exhibit "A".

6.  On or around September 10, 2017, Plaintiff's hotel was damaged by Hurricane Irma, a covered cause of loss under the subject policy of insurance.

7.  Thereafter, Plaintiff made claim under the subject policy of insurance and cooperated fully with Defendant in its investigation of the loss.

8.  By letter of April 12, 2018, Defendant denied Plaintiff's claim. A copy of that correspondence is attached hereto as Exhibit "B".

9.  By its denial of Plaintiff's claim, Defendant breached the policy of insurance in that if failed to pay Plaintiff the insurance benefits to which Plaintiff is entitled under the terms of the contract.

10. Plaintiff has been damaged by Defendant's breach in that it has not received the insurance benefits to which it is entitled under the policy.

11. Prior to filing this action, Plaintiff complied with all policy conditions or those conditions were waived by Defendant.

12. Plaintiff has retained the undersigned attorneys to represent it in connection with this matter and is entitled to an award of a reasonable attorneys' fee pursuant to Florida Statute §626.9373.

WHEREFORE, Plaintiff demands judgment for damages against Defendant, together with interest, costs, and attorneys' fees and DEMANDS TRIAL BY JURY.

TYLER & HAMILTON, P.A.

_____
CLARK HAMILTON, JR.
Florida Bar No.: 311731
Midtown Centre, Building 4000
4811 Beach Boulevard, Suite 200
Jacksonville, Florida 32207
(904) 398-9999 Telephone
(904) 398-0806 Facsimile
courtdocs@floridainsurancelawyers.com
tandhpa@bellsouth.net
Attorneys for Plaintiff, SRI GANESH, LLC